In the Matter of the Estate of EDWARD AMUNDSON, Deceased. JOSEPH CASTRY, Respondent; FRANK H. AMUNDSON, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

In the Matter of JAMES P. CHADWICK, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.